# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | | |
|---|---|---|---|---|
| Jackson Lewis LLP | ALBANY, NY | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| 59 Maiden Lane | ALBUQUERQUE, NM | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI |
| New York, New York 10038 | ATLANTA, GA | GREENVILLE, SC | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| Tel 212 545-4000 | BALTIMORE, MD | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Fax 212 972-3213 | BIRMINGHAM, AL | HOUSTON, TX | OMAHA, NE | SACRAMENTO, CA |
| www.jacksonlewis.com | BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | | MIAMI, FL | PORTLAND, OR | WHITE PLAINS, NY |

DIRECT DIAL: (212) 545-4030
EMAIL ADDRESS: GIRSHONT@JACKSONLEWIS.COM

August 16, 2010

**VIA ECF**

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Leslyn Cummings v. Narco Freedom, Inc. and Nicolas Iwu
       Case No. 10-CV-1214 (BMC) (RML)

Dear Judge Cogan:

As employment law counsel for the Defendants in connection with the above-referenced case, we write this letter to Your Honor on behalf of both parties with the consent of Plaintiff's counsel Bryan Arce, Esq. to advise the Court that the parties have resolved the above-referenced case. In the near future, the parties intend to file with the Court an executed Stipulation of Dismissal with Prejudice and a proposed Order of Final Dismissal with Prejudice.

Respectfully submitted,

JACKSON LEWIS LLP

Todd H. Girshon

cc:   Bryan S. Arce, Esq.
       Steven A. Sirota, Esq.